UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

      Plaintiff,                             Case No. 23-cv-11684
                                                Hon. Matthew F. Leitman

v.

BRANDON LEE, *et al.*,

      Defendants.
_____/

## ORDER TERMINATING REPORT AND RECOMMENDATION (ECF No. 52) AS MOOT

On January 16, 2025, the assigned Magistrate Judge issued a report and recommendation in which the Magistrate Judge recommended that the Court dismiss Plaintiff Bruce Parker's Complaint due to Parker's failure to pay the required filing fee (the "R&R"). (*See* R&R, ECF No. 52.) The Court has since been informed by the Clerk's Office that Parker has paid the filing fee in full. Based on Parker's payment of the fee, the Court will **TERMINATE** the R&R as moot.

    IT IS SO ORDERED.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 28, 2025

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2025, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126